UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONNA L. SMITH,

    Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

CASE NO. 12-cv-05814 RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation (Dkt. 21) of Judge Karen L. Strombom, United States Magistrate Judge, objections, if any, and the relevant record, does hereby find and **ORDER**:

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. 21);

(2) The matter is **REVERSED** and **REMANDED** to the Administration for further consideration; and

(3) The Clerk is directed to send uncertified copies of this Order to United States Magistrate Judge Karen L. Strombom, all counsel of record, and to any party appearing *pro se* at said party's last known address.

Dated this 25th day of November, 2013.

            _____
            ROBERT J. BRYAN
            United States District Judge